# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER REED and ) | |
| JOSE LUIS GARCIA TALENTINO, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:18-cv-00819 |
| ) | |
| v. ) | Judge Eli J. Richardson |
| ) | Magistrate Judge Frensley |
| YOUNG HO KIM and UN JUNG KIM, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF MOTION (Doc. 20) AS COUNSEL FOR DEFENDANTS YOUNG HO KIM AND UN JUNG KIM

Undersigned counsel filed a Motion to Withdraw his appearance for Defendants with the Court today. Upon further review, undersigned counsel hereby gives notice of his withdrawal of this Motion (Doc. 20) at this time.

Respectfully submitted,

*/s/ Trevor W. Howell*
Trevor W. Howell, #9496
Howell Law, PLLC
P. O. Box 158511
Nashville, TN 37215
(615) 406-1416 (Telephone)
(615) 373-8206 (Facsimile)
Trevor@howelllawfirmllc.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2019, I electronically transmitted the above and foregoing *Notice* to the Clerk of the Court using the CM/ECF System for filing and that a true and correct copy of the foregoing has been served through the Court's ECF filing system as follows:

>Charles P. Yezbak, III
>yezbak@yezbaklaw.com
>YEZBAK LAW OFFICES
>2002 Richard Jones Road, Suite B-200
>Nashville, TN   37215

>*/s/ Trevor W. Howell*
>Trevor W. Howell