IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JENNIFER REED and** | ) | |
| **JOSE LUIS GARCIA TALENTINO,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:18-cv-00819 |
| | ) | |
| v. | ) | Judge Eli J. Richardson |
| | ) | Magistrate Judge Frensley |
| **YOUNG HO KIM and UN JUNG KIM,** | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties, in accordance with the Court's Order of February 28, 2019 (Doc. No. 19), have conducted a telephone conference on March 4, 2019, for the purpose of revisiting their respective settlement positions. Although the parties in good faith have attempted settlement of this matter, they report that a resolution could not be reached.

        Respectfully submitted,

        ***/s/ Trevor W. Howell***
        Trevor W. Howell, #9496
        Howell Law, PLLC
        P. O. Box 158511
        Nashville, TN 37215
        (615) 406-1416 (Telephone)
        (615) 373-8206 (Facsimile)
        Trevor@howelllawfirmllc.com

        *Attorney for Defendants*

/s/ Charles P. Yezbak, III
Charles P. Yezbak, III
YEZBAK LAW OFFICES
2002 Richard Jones Road, Suite B-200
Nashville, TN  37215
(615) 250-2000 (Telephone)
(615) 250-2020 (Facsimile)
yezbak@yezbaklaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2019, I electronically transmitted the above and foregoing *Joint Status Report* to the Clerk of the Court using the CM/ECF System for filing and that a true and correct copy of the foregoing has been served through the Court's ECF filing system as follows:

> Charles P. Yezbak, III
> yezbak@yezbaklaw.com
> YEZBAK LAW OFFICES
> 2002 Richard Jones Road, Suite B-200
> Nashville, TN  37215

/s/ Trevor W. Howell
Trevor W. Howell