IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:
Motion granted. Defendants have until **April 16, 2019**, to obtain new counsel. Any new counsel shall file a Notice of Appearance promptly. If nothing is filed by April 16, Defendants shall be deemed proceeding pro se.

U.S. Magistrate Judge

| | |
|---|---|
| **JENNIFER REED and** ) | |
| **JOSE LUIS GARCIA TALENTINO,** ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:18-cv-00819 |
| ) | |
| v. ) | **Judge Eli J. Richardson** |
| ) | **Magistrate Judge Frensley** |
| **YOUNG HO KIM and UN JUNG KIM,** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS YOUNG HO KIM AND UN JUNG KIM

Comes Trevor W. Howell, pursuant to the Federal Rules of Civil Procedure, the local rules of this Court and the Code of Professional Responsibility, and moves this Court for an Order allowing him to withdraw his appearance in this action as counsel of record for Defendants, Young Ho Kim and Un Jung Kim (hereinafter referred to as "Defendants" or "the Kims").

In support of this Motion, undersigned Counsel would state because of health reasons which involve treatment, surgery and recuperation, undersigned is not presently and will not be able to represent Defendants, that undersigned has taken reasonable steps to avoid foreseeable prejudice to the rights of Defendants and has given due notice to Defendants of his intentions to withdraw as their counsel. (See **Exhibit "A"**.) For language barrier reasons, communications with undersigned's clients (Defendants) have been by and though their son, Dr. Andrew Kim. The undersigned is filing this Notice early with knowledge that the required fourteen (14) days