IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER REED, et al. ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:18-0819 |
| ) | Judge Richardson/ Frensley |
| ) | |
| YOUNG HO KIM, et al. ) | |
| Defendant(s) ) | |

**O R D E R**

On March 11, 2019, counsel for the Defendants was allowed to withdraw from the case, and deadlines were stayed until April 16, 2019. Docket No. 24. Therefore, the telephone conference scheduled for April 2, 2019, is hereby CONTINUED to **April 30, 2019, at 11:00 a.m.**

The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call, please contact chambers at 615-736-7344.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge