IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER REED, et al., | ) | |
| Plaintiffs, | ) | NO. 3:18-cv-00819 |
| v. | ) | JUDGE RICHARDSON |
| YOUNG HO KIM, et al., | ) | |
| Defendants. | ) | |

## ORDER

On September 3, 2021, Magistrate Judge Frensley issued a Report and Recommendation ("R&R") (Doc. No. 80), recommending that the Court (1) grant Plaintiffs' Motion for Supplemental Award of Attorneys' Fees (Doc. No. 75), and (2) enter judgment against Defendants for the amount of fees requested. There were no objections to the R&R. *See* Doc. No. 81.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the R&R and **ADOPTS** and **APPROVES** the R&R (Doc. No. 80). Plaintiffs' Motion for Supplemental Award of Attorneys' Fees (Doc. No. 75) is

**GRANTED**, and the clerk is **DIRECTED** to enter judgment against Defendants for the amount of fees requested, namely, $5,495.00.

      IT IS SO ORDERED.

                                                                        *Eli Richardson*
                                                  ELI RICHARDSON
                                                  UNITED STATES DISTRICT JUDGE